**UNITED STATES of America
Plaintiff-Appellee**

v.

**Marcus CHILES Defendant-Appellant**

**No. 16-1478**

United States Court of Appeals,
Eighth Circuit.

Submitted: December 30, 2016

Filed: January 5, 2017

Douglas Jeffrey Amen, Special Assistant U.S. Attorney, John Higgins, U.S. Attorney's Office, Omaha, NE, for Plaintiff-Appellee

Marcus Chiles, Pro Se

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Marcus Chiles appeals the sentence the district court[1] imposed after he pleaded guilty to a drug charge. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the length of the sentence.

Chiles pleaded guilty after entering into a written plea agreement containing an appeal waiver. We conclude that the ap-

peal waiver is enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion, and we dismiss this appeal.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.